# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, B.T. PALMER, T.H. CAMPBELL**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## RICARDO A. SOLTREN
## FIRE CONTROLMAN SEAMAN APPRENTICE (E-2), U.S. NAVY

### NMCCA 201600151
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 18 February 2016.
**Military Judge**: CAPT Paul C. LeBlanc, JAGC, USN.
**Convening Authority**: Commander, Navy Region Southwest, San Diego, CA.
**Staff Judge Advocate's Recommendation**: CDR D.J. Jones, JAGC, USN.
**For Appellant**: LT Jacob Meusch, JAGC, USN.
**For Appellee**: LT Jetti Gibson, JAGC, USN.

### 23 June 2016

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court